882

*berg* for the United States.

No. 107, Misc.  GILLESPIE *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 110, Misc.  SHAW *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 126, Misc.  CARDARELLA *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Marshall Tamor Golding* for the United States.

No. 127, Misc.  ROSS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 131, Misc.  BARNES *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 133, Misc.  MINOR *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  *Harold B. Anderson* for petitioner.  *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 147, Misc.  HINGUANZO *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.  *J. Edward Day* for petitioner.  *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 135, Misc.  HILBRICH *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  *George L. Saunders, Jr.,* for petitioner.  *Solicitor General Marshall, Assistant Attor-*